

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2021

No. 04-21-00308-CV

**IN RE** Steve **SWARTZMAN,** Andy North, and Lucy Doan,

Original Proceeding[1]

**ORDER**

Sitting:       Patricia O. Alvarez, Justice
                  Beth Watkins, Justice
                  Lori I. Valenzuela, Justice

On July 30, 2021, Relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b).

The respondent and the real party in interest may file a written response to the petition **no later than August 19, 2021**. Any response must conform to Texas Rule of Appellate Procedure 52.4.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1]  This proceeding arises out of Cause No. 2020-CI-19151 styled *Daniel Alarik v. Grunt Style, LLC, and Daniel Alarik, Individually and on behalf of Grunt Style, LLC v. Steve Swartzman, Andy North, and Lucy Doan*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.